# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD DAVID CRUISE,** ) | |
| Plaintiff, ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION 1:21-00257-KD-MU** |
| **MELVIN RICHARDSON,** ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 22, 2021 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that due to Plaintiff's failure to file an amended complaint and to comply with the Court's order, and upon consideration of the available alternatives, this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure as no other lesser sanction will suffice; and Plaintiff's motion to proceed without prepayment of fees (Doc. 2) is **DENIED** as **MOOT.**

**DONE** and **ORDERED** this the **25th** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**