## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| HAROLD DAVID CRUISE,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| MELVIN RICHARDSON,<br>    Defendant. | )  CIVIL ACTION 1:21-00257-KD-MU<br>)<br>) |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **25th** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**